**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA** **3:26-cr-** 00481-SI

**v.** **INDICTMENT**

**JESSE JAMES HICKS,** **18 U.S.C. §§ 2241(c), 1153**

**Defendant.**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Aggravated Sexual Abuse)**
**(18 U.S.C. §§ 2241(c) and 1153)**

On or about October 16, 2026, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **JESSE JAMES HICKS,** an Indian, knowingly caused Minor Victim 1 (MV1) to engage in a sexual act, to wit, contact between the defendant's penis and the vulva of MV1, a person who had not attained the age of 12 years;

In violation of Title 18, United States Code, Sections 2241(c) and 1153.

///

///

**COUNT 2**
**(Aggravated Sexual Abuse)**
**(18 U.S.C. §§ 2241(c) and 1153)**

On or about October 16, 2026, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **JESSE JAMES HICKS,** an Indian, knowingly caused Minor Victim 1 (MV1) to engage in a sexual act, to wit, contact between the defendant's penis and the mouth of MV1, a person who had not attained the age of 12 years;

In violation of Title 18, United States Code, Sections 2241(c) and 1153.

**COUNT 3**
**(Aggravated Sexual Abuse)**
**(18 U.S.C. §§ 2241(c) and 1153)**

On or about October 16, 2026, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **JESSE JAMES HICKS,** an Indian, knowingly caused Minor Victim 1 (MV1) to engage in a sexual act, to wit, contact between the defendant's hand and the vulva of MV1, a person who had not attained the age of 12 years;

In violation of Title 18, United States Code, Sections 2241(c) and 1153.

**COUNT 4**
**(Aggravated Sexual Abuse)**
**(18 U.S.C. §§ 2241(c) and 1153)**

On or about October 16, 2026, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **JESSE JAMES HICKS,** an Indian, knowingly caused Minor Victim 2 (MV2) to engage in a sexual act, to wit, contact between the defendant's penis and the vulva of MV2, a person who had not attained the age of 12 years;

In violation of Title 18, United States Code, Sections 2241(c) and 1153.

///
///

**COUNT 5**
**(Aggravated Sexual Abuse)**
**(18 U.S.C. §§ 2241(c) and 1153)**

On or about October 16, 2026, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **JESSE JAMES HICKS,** an Indian, knowingly caused Minor Victim 2 (MV2) to engage in a sexual act, to wit, contact between the defendant's penis and the mouth of MV2, a person who had not attained the age of 12 years;

In violation of Title 18, United States Code, Sections 2241(c) and 1153.

**COUNT 6**
**(Aggravated Sexual Abuse)**
**(18 U.S.C. §§ 2241(c) and 1153)**

On or about October 16, 2026, on the Warm Springs Indian Reservation, in Indian Country, and within the District of Oregon, defendant **JESSE JAMES HICKS,** an Indian, knowingly caused Minor Victim 2 (MV2) to engage in a sexual act, to wit, contact between the defendant's hand and the vulva of MV2, a person who had not attained the age of 12 years;

In violation of Title 18, United States Code, Sections 2241(c) and 1153.

Dated: November 18th, 2026.

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

PAMELA PAASO, TXSB #24060371
Assistant United States Attorney